DANIEL G. BOGDEN
United States Attorney
KRYSTAL J. ROSSE
Assistant United States Attorney
BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
CHRISTOPHER W. DEMPSEY
Assistant Director
TROY D. LIGGETT
Trial Attorney
FL Bar No. 0086788
District Court Section, Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4765; (202) 305-7000 (fax)
troy.liggett@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERLING OLMERO LOPEZ POLANCO, <br><br> Plaintiff, <br><br> v. <br><br> LORETTA E. LYNCH, et al., <br><br> Defendants. | Case No. 2:15-cv-01234-JCM-VCF |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT AND ORDER**

(First Request)

Defendants, by and through their attorneys, request a thirty-day extension of time to file a cross-motion for summary and response to Plaintiff's motion for summary judgment. In support of this motion, Defendants state as follows:

1. Plaintiff filed the above-caption Complaint, (ECF No. 1), seeking review under the Administrative Procedure Act of U.S. Citizenship and Immigration Services' ("USCIS") denial of Plaintiff's Petition for U Nonimmigrant Status. Dkt. No. 1.

2. On September 30, 2015, Defendants filed an answer to the Complaint. Dkt. No. 11.

3. On November 13, 2015, the parties filed a proposed discovery plan and scheduling order, Dkt. No. 23, which the Court granted the same day, Dkt. No. 24.

4. The scheduling order included the following schedule for the case:

| | |
|---|---|
| Deadline for Certified Administrative Record: | December 14, 2015 |
| Deadline for Plaintiff's Motion for Summary Judgment: | January 12, 2016 |
| Deadline for Defendants' Cross-Motion for Summary Judgment: | February 2, 2016 |
| Deadline for Plaintiff's Opposition Brief and Reply Brief: | February 16, 2016 |
| Deadline for Defendants' Reply Brief: | March 1, 2016 |

5. On December 14, 2015, Defendants provided the Certified Administrative Record to Plaintiff, and on January 12, 2016, Plaintiff filed a Motion for Summary Judgment, Dkt. No. 17.

6. Counsel for Defendants needs the additional time due to the inclement weather in Washington, D.C., and other deadlines that have made him unable to complete Defendants' Cross-Motion for Summary Judgment by the deadline. On January 22, 2016, the federal government, including the Office of Immigration Litigation at the U.S. Department of Justice, in Washington, D.C., closed at noon due to a winter blizzard, and did not re-open until noon on January 27, 2016. Counsel for Defendants had and will have conflicting deadlines in other cases, including: (1) deadlines in *Fernandez v. Kerry*, No. 14-cv-88 (S.D. Tex.) of a pretrial order and supporting documents filed January 21, 2016; a Motion in Limine filed January 29, 2016; and preparation for the docket call for trial in Brownsville, Texas, on February 4, 2016; (2) a motion for summary judgment due in *Maina v. Lynch*, No. 15-cv-113 (S.D. Ind.) by February 1, 2016; and (3) preparation for an oral argument in the U.S. Court of Appeals for the Ninth Circuit on February 8, 2016, in *United States v. Zhou*, No. 14-55027.

7. On January 28, 2016, undersigned counsel conferred with Seth Reszko, counsel for Plaintiff, and Mr. Reszko indicated that Plaintiff does not oppose this motion.

8. This is the first request by Defendants to extend their deadline to file a cross-motion for summary judgment. The request is not made for purposes of delay, and will not prejudice Plaintiff.

Therefore, Defendants respectfully request the Court to extend by thirty days their deadline to file a Cross-Motion for Summary Judgment and amend the Scheduling Order for this case as follows:

Deadline for Defendants' Cross-Motion for Summary Judgment:   March 3, 2016

Deadline for Plaintiff's Opposition Brief and Reply Brief:   March 17, 2016

Deadline for Defendants' Reply Brief:   March 31, 2016

Respectfully submitted this 29th day of January 2016.

| | |
|---|---|
| DANIEL G. BOGDEN<br>United States Attorney<br><br>KRYSTAL J. ROSSE<br>Assistant United States Attorney<br><br>BENJAMIN A. MIZER<br>Principal Deputy Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director<br><br>CHRISTOPHER W. DEMPSEY<br>Assistant Director | */s/ Troy D. Liggett*<br>TROY D. LIGGETT<br>Trial Attorney<br>FL Bar No. 0086788<br>District Court Section<br>Office of Immigration Litigation<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 532-4765; (202) 305-7000 (fax)<br>troy.liggett@usdoj.gov<br><br>Attorneys for Defendants |

IT IS SO ORDERED:

_[signature: James C. Mahan]_
UNITED STATES DISTRICT JUDGE

DATE: February 9, 2016

3

**PROOF OF SERVICE**

I, Troy D. Liggett, certify that the following person was served with a copy of **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT** on the date, and via the method of service, stated below:

**CM/ECF Notice**

Seth L. Reszko
Reza Athari & Associates, PLLC
3365 Pepper Lane
Suite 102
Las Vegas, NV 89120
702-727-7777
atharilaw@earthlink.net

Attorney for Plaintiff

Dated this 29th day of January 2016.

                                       */s/ Troy D. Liggett*
                                       TROY D. LIGGETT
                                       Trial Attorney
                                       District Court Section
                                       Office of Immigration Litigation
                                       U.S. Department of Justice